NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CREATIVE COMPOUNDS, LLC,**
*Plaintiff-Appellant,*

v.

**STARMARK LABORATORIES,**
*Defendant-Appellee.*

---

2010-1445

---

Appeal from the United States District Court for the Southern District of Florida in case no. 07-CV-22814, Judge Alan S. Gold.

---

## ON MOTION

---

Before PROST, *Circuit Judge.*

## ORDER

Creative Compounds, LLC submits a motion for a stay, pending appeal, of the permanent injunction entered by the United States District Court for the Southern District of Florida on July 13, 2010.

Upon consideration thereof,

IT IS ORDERED THAT:

Starmark Laboratories is directed to respond no later than October 8, 2010.

FOR THE COURT

SEP 2 3 2010

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:  Matthew A. Rosenberg, Esq.
    Frederick A. Tecce, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 3 2010

JAN HORBALY
CLERK